FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Schoeller-Bleckmann Oilfield Equipment AG v. Churchill Drilling Tools US, Inc.

No. 16-1494

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant, Schoeller-Bleckmann certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Schoeller-Bleckmann Oilfield Equipment AG

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Schoeller-Bleckmann Oilfield Equipment AG

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

BIH AG

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

David A. Dillard, Gregory S. Lampert
Lewis Roca Rothgerber Christie, LLP (formerly Christie, Parker & Hale LLP)

| February 4, 2016 | /s/ David A. Dillard |
| Date | Signature of counsel |
| | David A. Dillard |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  February 4, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| David A. Dillard | /s/ David A. Dillard |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| Address | 655 N. Central Ave., Suite 2300 |
| City, State, Zip | Glendale, California 91203 |
| Telephone Number | (626) 795-9900 |
| Fax Number | (626) 577-8800 |
| E-Mail Address | ddillard@lrrc.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields